# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| REBECCA LAFOND </br>*Plaintiff(s)* </br> v. </br> COMMISSIONER OF SOCIAL SECURITY </br> *Defendant(s)* | Civil Action No. 2:18-cv-67 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 10) filed October 30, 2018, defendant's Assented-To Motion For Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Commissioner (Document No. 9) is GRANTED. The decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g) and REMANDED for further proceedings.


Date:   October 31, 2018

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   10/31/2018

*/s/Joanne Muir*
*Signature of Clerk or Deputy Clerk*